UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL GANGER,<br><br>                               *Plaintiff,*<br><br>     v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>                             *Defendant.* | No. 1:24-cv-07709<br><br>**ORDER STAYING PROCEEDINGS FOR ARBITRATION** |

       Plaintiff Jill Ganger ("Plaintiff") and Defendant Gemini Trust Company, LLC ("Defendant"), hereby agree as follows:

       1.    Plaintiff agrees to pursue any claims between her and Defendant by filing an arbitration in National Arbitration and Mediation ("NAM").

       2.    This action is stayed while any arbitration between Plaintiff and Defendant is pending. During this stay, Defendant shall not be required to answer, move against, or otherwise respond to the complaint in this action.

       3.    Nothing in this Order shall be construed to constitute a waiver by either party of any argument or claim, all of which are reserved.

4. Any final arbitration award shall be binding upon the Parties in this action upon confirmation of the award.

Dated: New York, New York
December 17, 2024

| BAUGHMAN KROUP BOSSE PLLC | SCHLANGER LAW GROUP, LLP |
|---|---|
| By s/ *Maryia Y. Jones* | By s/ *H. Cooper Ellenberg* |
| John F. Baughman<br>Maryia Y. Jones<br>One Liberty Plaza, Floor 46<br>New York, NY 10006<br>T: (212) 548-3212<br>E: jbaughman@bkbfirm.com<br>E: mjones@bkbfirm.com | H. Cooper Ellenberg<br>60 East 42nd Street<br>46th Floor<br>New York, NY 10165<br>T: 212-500-6114<br>F: 646-612-7996<br>E: hellenberg@consumerprotection.net |

```
The parties shall file a joint letter updating the Court on the
status of arbitration on or before June 18, 2025, and every 60
days thereafter.

The Clerk of Court is directed to terminate the pending motion
at docket entry 9.

Dated:    December 18, 2024          SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE